**Affidavit**

I, B. Scott Ford, being duly sworn, depose and state as follows:

**Introduction**

FILED
OCT 20 2016
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

2:16MJ423

I am a Special Agent with the Drug Enforcement Administration (DEA) and I have been employed by the DEA since January of 2004. Prior to becoming a Special Agent with the Drug Enforcement Administration, I was employed as a Police Officer with the Leesburg Police Department, Leesburg, VA from September of 1997 to December of 2003. During these years of service in law enforcement, I have gained experience and training in both state and federal narcotics investigations and cases.

This affidavit only presents the fact necessary for probable cause and does not contain all facts learned during the course of the investigation by the affiant. Additionally, the information in this affidavit was derived from my personal involvement in the investigation, as well as information I have gained as the result of collaborating with other law enforcement officers involved in this investigation. Information related to this investigation was also obtained from the review of documents and reports related to this case. Collectively, I and other members of the investigative team have participated in undercover operations where narcotics where obtained from the subjects of this affidavit.

**Facts Supporting Probable Cause**

In mid-August 2016, SA B. Scott Ford received information from a reliable Confidential Source (CS) who stated that he/she had information regarding a possible kilogram cocaine trafficker operating in the Eastern District of Virginia. The CS relayed that he/she had obtained a cellular telephone number for the trafficker and was prepared to make contact with the trafficker and discuss a future cocaine transaction. Later on in the month of August 2016, the CS, at the direction of members of the investigative team, placed a recorded call to the suspected kilogram cocaine trafficker, subsequently identified as Jose Luis SAGRERO MATIAS (MATIAS), and during this conversation, MATIAS and the CS agreed to meet in the parking lot of a business establishment in Suffolk, Virginia.

The CS was fitted with recording and transmitting devices and followed directly to the business establishment in Suffolk, Virginia. Once at this location, the CS and MATIAS met inside the Nissan Maxima bearing Virginia license plate ID37132 that MATIAS was operating on this date. A DMV check on this license plate revealed that this plate is registered to West Suffolk Auto LLC, 1837 Holland Road, Suffolk, Virginia. Participating members of the investigative team observed as the CS and MATIAS sat in the aforementioned vehicle and engaged in a conversation that lasted approximately 30 minutes. A subsequent review of the audio recording captured during this meeting by investigators who understand the Spanish language revealed that MATIAS told the CS that MATIAS is capable of supplying the CS with 20 to 30 kilograms of

cocaine at a time. MATIAS further relayed that the kilograms would cost $36,000 per kilogram. MATIAS stated that he preferred to do no less than 13 kilograms per transaction. As the conversation progressed, the CS, after covertly consulting with members of the investigative team, advised MATIAS that he/she would initially be interested in purchasing six (6) kilograms of cocaine from MATIAS. MATIAS indicated he understood the CS's position and that a six (6) kilogram transaction could be completed. MATIAS told the CS that it would be prudent for the CS to change his/her telephone number every week. The conversation between MATIAS and the CS concluded at this point and they both went their separate ways.

On or about August 22, 2016, members of the investigative team met with the CS once again in the Eastern District of Virginia and he/she placed a recorded call to MATIAS. During this conversation, MATIAS advised the CS that he was receiving a shipment of 100 kilograms of cocaine over the upcoming weekend and the CS could receive his/her six (6) kilograms from this shipment. The conversation between the CS and MATIAS concluded at this point, but the CS did not take possession of any cocaine from MATIAS.

On or about September 7, 2016, members of the investigative team formulated plans to meet with MATIAS and unexpectedly show him $200,000 of DEA Official Advanced Funds (OAF). After plans for the operation were finalized, SA Albert Whitney and SA Ford met with the CS and advised him/her of the plan to show MATIAS the OAF. At this point, TFO L. Jackson, acting in an undercover capacity, was introduced to the CS and the CS was explained the role that TFO Jackson would play in the meeting with MATIAS. At this time, the CS contacted MATIAS and they agreed to meet in the parking lot of a business establishment in Suffolk, Virginia. The CS was then fitted with audio recording and transmitting devices. The OAF was placed in the trunk of the undercover vehicle. The CS then departed the preparation location and proceeded directly to the business establishment parking lot. Once in the parking lot, MATIAS exited the vehicle he was operating and entered the CS's vehicle. A short time later, the CS and MATIAS exited the CS's vehicle and stood under a nearby tree while conversing. A few minutes later, the CS covertly contacted SA Ford and requested that TFO Jackson bring in the OAF to be shown to MATIAS. At this point, TFO Jackson entered the parking lot in his undercover vehicle and drove over to where the CS and MATIAS were located. TFO Jackson then exited his vehicle, retrieved the bag containing the OAF, and quickly displayed the currency for MATIAS's viewing. According to TFO Jackson, MATIAS smiled and stated, "that's what I am talking about." TFO Jackson then departed from the parking lot and a few minutes later, the CS and MATIAS ended their meeting as well. A subsequent review of the recording captured during this meeting by an investigator who speaks Spanish revealed MATIAS confirmed with the CS that the CS definitely wanted the six (6) kilograms of cocaine. MATIAS then told the CS that he would not be present during the actual transaction because he would be sending one of his representatives to complete the transaction. On this date, the meeting was also captured on video.

On or about September 12, 2016, SA Whitney and SA Ford met with the CS in the Eastern District of Virginia and placed a recorded call to MATIAS. During this conversation, MATIAS agreed to meet the CS at a business establishment in Suffolk, Virginia on the following day to conduct a multi-kilogram cocaine transaction. On the following day, members of the investigative team met the CS at a preparation location and formulated plans for the CS and TFO Jackson to take possession of multiple kilograms of cocaine. On this occasion, the CS and TFO Jackson were fitted with audio/video recording and transmitting devices. The CS and TFO Jackson then traveled to the parking lot of the business establishment in Suffolk, Virginia in TFO Jackson's undercover vehicle. A short time later, MATIAS arrived in the parking lot next to the CS and TFO Jackson. Around that same time, a male subject subsequently identified as William BLAND exited a nearby restaurant, walked to MATIAS's vehicle, and entered the passenger side. Once all participants were present in the respective vehicles, all parties engaged in conversation relative to a five (5) kilogram cocaine transaction. After approximately 10 minutes, the meeting concluded and all parties went their separate ways. The CS and TFO Jackson met SA Whitney and SA Ford at a pre-determined location and discussed what had transpired during the meeting with MATIAS and BLAND. According to the CS and TFO Jackson, MATIAS and BLAND wanted the CS and TFO Jackson to follow BLAND down State Route 32, approximately 40 minutes from Suffolk, to a warehouse in North Carolina where five (5) kilograms of cocaine were being stored for the CS and TFO Jackson. TFO Jackson told MATIAS and BLAND that TFO Jackson and the CS would not be traveling to North Carolina and it would be necessary for BLAND to deliver the cocaine to TFO Jackson in Suffolk, Virginia. BLAND initially agreed to deliver the cocaine to TFO Jackson in Suffolk, stating that the entire trip would take about two (2) hours; however, BLAND later spoke over the phone with TFO Jackson and stated that he would not be delivering the cocaine to TFO Jackson in Suffolk. The attempt to acquire the cocaine on this date was terminated at this point.

On October 12, 2016, SA Whitney and SA Ford met with the CS in the Eastern District of Virginia and placed a recorded call to MATIAS. During this call, MATIAS agreed to meet the CS at a business establishment in Suffolk, Virginia. At this point, members of the investigative team formulated plans for the CS and TFO Jackson to meet with MATIAS and attempt to determine why BLAND had not been able to deliver the kilograms of cocaine to the CS and TFO Jackson. During the afternoon hours of this date, the CS and TFO Jackson, after being fitted with audio recording and transmitting devices, traveled to the business establishment in Suffolk, Virginia and met with MATIAS. According to the CS and TFO Jackson, MATIAS advised them that the cocaine transaction had to take place in Edenton, North Carolina, but it could occur at a hotel. MATIAS further relayed that after one (1) or two (2) transactions, MATIAS would deliver the cocaine to any location that the CS and TFO Jackson desired. According to the CS and TFO Jackson, MATIAS relayed to them that BLAND was his right hand man.

On October 14, 2016, SA Whitney and SA Willis Taylor met with the CS in the Eastern District of Virginia and placed a recorded call to MATIAS. During this call, MATIAS advised the CS that on October 19, 2016 or on October 20, 2016 six (6) kilograms of cocaine would be available for the CS to purchase in Edenton, NC. On October 18, 2016, SA Whitney and Ford met with

the CS in the Eastern District of Virginia and placed a recorded telephone call to MATIAS. During this telephone conversation, the CS advised MATIAS that the CS was ready to purchase the six (6) kilograms of cocaine on October 19, 2016 and MATIAS said the six (6) kilograms of cocaine would be available for purchase on October 19, 2016 in Edenton, NC. On October 18, 2016, the CS received a text message from MATIAS that contained the address (501 Virginia Road, Edenton, North Carolina) where MATIAS wanted the six (6) kilogram cocaine transaction to occur.

On October 19, 2016, an undercover operation took place in Edenton, North Carolina. During this undercover operation on October 19, 2016, in Edenton, North Carolina, TFO Jackson had multiple telephone conversations and a face-to-face conversation with BLAND to arrange for the purchase of six (6) kilograms of cocaine from BLAND. On October 19, 2016, in the area 501 Virginia Road, Edenton, North Carolina (Americas Best Value Inn) BLAND showed TFO Jackson two kilograms of cocaine, contained in a blue duffle bag, that BLAND was physically holding. Just prior to BLAND meeting with TFO Jackson and showing TFO Jackson the two kilograms of cocaine, BLAND was observed exiting from room 226 at the Americas Best Value Inn. Once TFO Jackson observed the two kilograms of cocaine that BLAND was holding in his bag, TFO Jackson verbally relayed the arrest signal to members of the enforcement operation and all members of the enforcement operation converged on the area of 501 Virginia Road, Edenton, North Carolina. BLAND attempted to avoid apprehension by running away and was ultimately arrested after a brief foot chase. At the time of arrest, BLAND dropped the duffle bag, containing two kilograms of cocaine and a loaded Ruger 9mm semi auto pistol, on the ground and these items were subsequently seized and processed as evidence. During the foot pursuit of BLAND, a member of the enforcement team ascertained that BLAND was associated with room 226 and 227 at the Americas Best Value Inn. During the events of BLAND's arrest, a black male subject was observed standing just outside rooms 226 and 227 on the second level looking down at members of the law enforcement team. Due to the fact that BLAND was found to be armed during his arrest, and the black male subject was looking down at members of the enforcement team from the second level, a protective sweep of rooms 226 and 227 was conducted. During a protective sweep of room 227, two pistols (one loaded .44 caliber revolver and one loaded 9 mm semi-automatic pistol) were discovered lying in plain sight on one of the beds. At that point, after discovering the loaded firearms in room 227, members of the enforcement team circled back through room 226 and opened the dresser drawers in room 226 and discovered four (4) additional kilograms of cocaine.

On 10-19-16, in a post arrest statement, after BLAND was advised of the Miranda Warning, BLAND acknowledged his rights, waived his rights, and voluntarily answered questions. BLAND stated that the four (4) kilograms of cocaine, found in room 226, were part of the six (6) kilograms that BLAND was selling to TFO Jackson. BLAND admitted that the loaded pistol in the duffle bag he was carrying with the two (2) kilograms of cocaine belonged to BLAND. BLAND also stated that MATIAS (known to BLAND as Jose Pacheco) had recently arranged for a total of nine (9) kilograms of cocaine to be delivered from Texas to BLAND in North Carolina. BLAND admitted to selling three (3) of the nine (9) kilograms to a subject and that the remaining six (6) kilograms were going to be sold to TFO Jackson. Between June 2016 and October 19, 2016, BLAND admitted to receiving a total of approximately 33 kilograms of cocaine where delivery to BLAND and payment to MATIAS was directed by MATIAS. BLAND stated that MATIAS directed several subjects (one unidentified Hispanic male and two

unidentifed Hispanic females) to deliver cocaine to BLAND and receive payments from BLAND. Additionally, BLAND stated that approximately two weeks ago BLAND directly paid $32,000.00 in US currency to MATIAS to cover a previous cocaine debt. BLAND advised that it was MATIAS who directed and controlled BLAND during the cocaine distribution activities that transpired on October 19, 2016.

Based on the above-described events, Jose Luis SAGRERO MATIAS was also arrested on October 19, 2016 at his workplace in Suffolk, Virginia. SAGRERO MATIAS was advised of Miranda, indicated he understood, and agreed to speak to agents. While speaking with agents, SAGRERO MATIAS admitted his involvement with the six kilogram transaction described above. SAGRERO MATIAS described his role as that of a middle man.

Based upon the foregoing, this affiant believes there is probable cause to charge William Marquie BLAND (a.k.a. William Marquis BLAND) and Jose Luis SAGRERO MATIAS with 21 USC 846, conspiracy to distribute and possess with intent to distribute five kilograms or more of cocaine.

Therefore, I respectfully request that a criminal complaint and arrest warrant charging BLAND and MATIAS with that offense be issued.

_____
B. Scott Ford
Special Agent
DEA

Reviewed:

_____
AUSA Kevin P. Hudson

Sworn to and Subscribed before me on this __20th__ day of October 2016.

_____
United States Magistrate Judge
at Norfolk, Virginia.