**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

UNITED STATES OF AMERICA

v.  ACTION NO. 2:16mj423-001

JOSE LUIS SAGRERO MATIAS,

       Defendant.

O R D E R

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), this matter was set for a detention hearing on October 25, 2016.

The defendant freely and voluntarily waived his right to an immediate detention hearing. The Court advised the defendant that if he later requested a detention hearing, one would be provided within the procedural requirements of 18 U.S.C. § 3142. *See United States v. Clark*, 865 F.2d 1433, 1437 (4th Cir. 1989) (*en banc*).

Therefore, the defendant is ORDERED detained pending trial.

The defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

The Clerk shall mail or deliver a copy of this Order to the United States Attorney at

Norfolk, to the United States Marshal at Norfolk, to the United States Pretrial Services Office at Norfolk, and to counsel of record for the defendant.

                                                        /s/
                                      Robert J. Krask
                              United States Magistrate Judge

Norfolk, Virginia
October 25, 2016