## ARRAIGNMENT/DETENTION MINUTES:

| | |
|---|---|
| Time Set: 2:30 p.m. | Date: October 25, 2016 |
| Started: 2:33 | Presiding Judge: Robert J. Krask |
| Ended: 2:38 | Courtroom Deputy: Angie Forehand |
| | Court Reporter: FTR |
| Split Time: | U.S. Attorney: Kevin Hudson |
| | Defense Counsel: Catherine Six |
| Case Number: 2:16mj423 | ( ) Retained (✓) Court appointed ( ) AFPD |
| Defendant: WILLIAM MARQUIE BLAND | Interpreter: |

### INITIAL APPEARANCE:
( ) Indictment
( ) Supervised Release
( ) Probation
( ) Pretrial Violation

### COUNSEL:

( ) Court explained right to counsel
( ) Counsel waived
( ) Counsel desired.
( ) Affidavit executed and filed in open court
( ) Court directed appointment of counsel
( ) Defendant ordered to pay $_____ beginning _____ and each month thereafter until paid in full

### ARRAIGNMENT:
( ) Defendant formally arraigned
( ) Defendant waived formal arraignment
( ) Defendant entered plea of guilty
( ) Defendant entered plea of not guilty
( ) Jury demanded
( ) Jury Waived
( ) Jury waiver executed and filed
( ) Preliminary motions deadline _____
( ) Response motions deadline _____
( ) TRIAL ( ) SRVH ( ) PVH set on _____ ( ) Norfolk ( ) Newport News

### DETENTION:
(✓) Detention Hearing ( ) Held ( ) ~~Waived~~ cont. dtn hrg.
( ) Government motion for detention: cont.
( ) Granted ( ) Denied ( ) Motion to Withdraw
(✓) Detention Ordered (✓) Remanded 10/28/16
( ) Bond set _____ @ 2:30
( ) Special Conditions of Release
( ) Defendant continued on previous bond
( ) Additional Conditions of Release
( ) Defendant failed to appear
( ) Government motion for warrant -Granted

### ORDERS:
(✓) Agreed Discovery/Protective Order Entered

### PRELIMINARY HEARING:
( ) Preliminary Hearing ( ) Held (✓) Waived
( ) Defendant stipulated to probable cause
(✓) Court finds probable cause
( ) Defendant held for Grand Jury

### SPEEDY TRIAL:
( ) By agreement of all parties, due to the complexity of the case and/or in the interest of justice, pursuant to 18 USC 3161(h), speedy trial is waived

### APPEARANCE AT PRELIMINARY HEARING:
( ) Court inquired as to whether defendant wishes appear at preliminary hearing.
( ) Waiver of Appearance executed
( ) Arraignment: _____

( ) SRV/Probation Hearing: _____
( ) _____
( ) _____
( ) _____

### SPEEDY TRIAL:
( ) The defendant requested time to file pretrial motions. The court granted this motion under 18 U.S.C. 3161(h)(7) and <u>Bloate v. U.S.</u>, 2010 WL 757660 (U.S.) and finds that the ends of justice are served by granting this request which outweighs the best interest of the public and the defendant in a speedy trial and the time period from the arraignment to the motions deadline of _____ is excluded under the Speedy Trial Act.